IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 12-cr-00048-WJM-12

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**12.   CHARLTON VAUGHN**,

        Defendant.

---

### GOVERNMENT'S §5K1.1 MOTION
### FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE

---

    JOHN F. WALSH, United States Attorney in and for the District of Colorado, by and through Assistant United States Attorney Susan D. Knox, hereby submits the Government's U.S. Sentencing Guidelines §5K1.1 Motion for reduction of the defendant's sentence because of the substantial assistance rendered and to be rendered to the Government in the prosecution of other persons in related cases. As grounds, the Government states as follows:

    The factual basis supporting Mr. Vaughn's role in the relevant offense conduct of the case and related investigation and underpinning this Motion is set forth generally in the written plea agreement previously entered into by the parties and filed with the Court. The basis outlined in said plea agreement is herein incorporated by reference.

    The defendant has appeared and met with the office of the United States Attorney and law enforcement agents and fully debriefed. The defendant is prepared to testify at the trial or sentencing hearing of any person if called upon to do so.

1

The defendant understands that his cooperation involves testimony which may come subsequent to sentencing. If he does not testify truthfully to the best of his ability, charges dismissed as part of this plea agreement could be brought against him again and, further, he could be subject to new charges. The present Government recommendation is made with the understanding that the defendant will continue to cooperate to the best of his ability with law enforcement truthfully, completely and without reservation in any further state or federal proceedings pursuant to the legal process.

In consideration of the defendant's voluntary, truthful and substantial cooperation in the form of information and testimony as required at hearings, trials and other proceedings concerning drug trafficking and related criminal activities, the Government respectfully requests a §5K1.1 reduction from the otherwise applicable guideline range, and respectfully requests that the Court sentence the defendant to a sentence as described below:

    (a)    The Government believes the defendant will soon file a motion requesting prospective application of the two level reduction contemplated by the U.S. Sentencing Commission and which is scheduled to go into effect in November, 2014. The Government does not object to a one time application of this reduction. If the Court grants the Defendant's motion, the Defendant's adjusted offense level would become 32. In the event that the adjusted offense level becomes 32, the Government recommends a sentence of 147-183 months of imprisonment. If the Court denies the Defendant's motion, and

the Defendant's adjusted offense level remains at 34, the Government recommends a sentence of 183-229 months imprisonment.

Respectfully submitted this 20th day of June, 2014.

        JOHN F. WALSH
        United States Attorney

BY:   *s/ Susan D. Knox*
        SUSAN D. KNOX
        Assistant U.S. Attorney
        United States Attorney's Office
        District of Colorado
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Phone: (303)454-0100
        E-mail: Susan.Knox@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2014, I electronically filed the foregoing **GOVERNMENT'S §5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE** with the Clerk of the Court using the CM/ECF system which will send notification of the same to any and all counsel of record.

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Facsimile: 303-454-0409
E-mail: Solange.Reigel@usdoj.gov