IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen         Date:  July 15, 2014
Court Reporter:      Gwen Daniel          Probation: Justine Kozak and
                                          Kyla Hamilton

_____

Criminal Action No.  12-cr-00048-WJM       <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Susan Knox

     Plaintiff,

v.

12.    CHARLTON VAUGHN,                  Michael Root

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:45 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Root

The Court addresses the Defendant's Objections to the Presentence Report [764].

Discussion/Argument

1

**ORDERED:** **Defendant's Objections to the Presentence Report [764]:**

**The defendant's objection to the criminal history points is DENIED as MOOT given the correction in the calculation of the number of those points in the Final Presentence Investigation Report.**

**The defendant's oral additional objection to the imposition of two criminal history points based on the October 2001 conviction in Adams County is OVERRULED.**

**The defendant's construed motions for downward departure under U.S.S.G. § 4A1.3 and for a downward variant sentence under § 3553(a) are DENIED.**

**ORDERED:** **There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility [757] is GRANTED.**

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Counts Twenty-Three, Twenty-Five and Twenty-Seven of the Indictment as to Defendant Charlton Vaughn [758] is GRANTED. Counts Twenty-Three, Twenty-Five and Twenty-Seven of the Indictment are dismissed as to Charlton Vaughn only.**

**ORDERED:** **The Defendant's Unopposed Motion to Reduce the Points on the Drug Quantity Table by Two Points [765] is GRANTED.**

Statement by Ms. Knox

Statement by Mr. Root

**ORDERED:** **The Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance [759] is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to Count 1 of the Indictment and admitted to the general notice of forfeiture on March 25, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Charlton Vaughn, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 150 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons designate an institution for the Defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, and that the Defendant take advantage of such a program during his imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant shall be placed on supervised release for a term of five years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and during the term of supervised release and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

> **3.** **The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by the United States Probation Officer. Failure to submit to search may be grounds for revocation of supervised release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of that violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

Pursuant to the Plea Agreement, the defendant waived his right to appeal his conviction as well as the sentence imposed except in very limited circumstances.

To the extent the defendant retained a right to file an appeal, the Court advises him of his appeal rights.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

03:32 p.m.   Court in Recess
             Hearing concluded
             Time: 47 minutes