IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-048-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

12.    CHARLTON VAUGHN,

       Defendant.

---

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

This matter is before the Court on Defendant's Motion to Terminate Defendant's Supervised Release Term (ECF No. 943). The Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is DENIED for lack of sufficient good cause shown. Defendant may file a renewed motion for early termination of supervised release after **July 13, 2023**.

Dated this 13th day of July, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge